UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-00142-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOY MICHELLE MUNDY | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Modify Conditions of Release. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the **23** day of February, 2015.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE