UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-00142-D-1

UNITED STATES OF AMERICA

v.

JOY MICHELLE MUNDY

ORDER

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue Sentencing. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the __20__ day of April, 2015.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE