UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joy Michelle Mundy                                  Docket No. 5:14-CR-142-1D

### Petition for Action on Supervised Release

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joy Michelle Mundy, who upon an earlier plea of guilty to Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(b)(2), 18 U.S.C. § 1029(c)(1)(A)(i), and 18 U.S.C. § 1029(a), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on July 14, 2015, to the custody of the Bureau of Prisons for a term of Time Served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Joy Michelle Mundy was released from custody on July 14, 2015, to the Middle District of Florida at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 23, 2016, the probation officer was informed by the offender and U.S. Customs and Border Protection that Mundy had taken a cruise to the Bahamas without the permission of the court or probation officer. As a sanction it is recommended that she serve 10 days at the Alternative to Incarceration Program at the Brevard County Sheriff's Work Farm. The offender signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

You shall serve ten (10) days at the Alternative to Incarceration Program at the Brevard County Sheriff's Work Farm, 2955 Pluckebaum Road, Cocoa, Florida. While at the "Work Farm" you will abide by all the rules and regulations of the program.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2047
Executed On: October 12, 2016

JOY MICHELLE MUNDY
Docket No. 5:14-CR-142-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __October__, 2016, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Judge